# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **LAURA P**, <br><br> Plaintiff, <br><br> v. <br><br> **LELAND DUDEK, Acting Commissioner of Social Security**, <br><br> Defendant. | **ORDER ADOPTING [22] REPORT AND RECOMMENDATION** <br><br> Case No. 2:24-cv-00451-DBB-JCB <br><br> District Judge David Barlow <br><br> Magistrate Judge Jared C. Bennett |

The Report and Recommendation[1] issued by United States Magistrate Judge Jared C. Bennett on March 11, 2025 recommends the court affirm the Administrative Law Judge's ("ALJ") decision denying Plaintiff Laura P.'s claim for Supplemental Security Income under Title XVI of the Social Security Act.[2] Plaintiff was notified of her right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] As of the date of this order, Plaintiff did not file an objection.

Because the specified deadline has passed without the filing of a written objection, and because Magistrate Judge Bennett's analysis and conclusion are sound, the court ADOPTS the Report and Recommendation. The ALJ's decision is affirmed.

---

[1] R. & R., ECF No. 22, filed March 11, 2025.
[2] 42 U.S.C. §§ 1381-1383f.
[3] R. & R. 11.

1

Signed March 27, 2025.

BY THE COURT

David Barlow
United States District Judge